DAVID E. McALLISTER (AZ BN 021551)
JOSEPHINE E. PIRANIO (AZ BN 020630)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858)750-7600
Facsimile: (619) 590-1385
jsalmon@piteduncan.com
Attorneys for AURORA LOAN SERVICES, LLC

**THIS ORDER IS APPROVED.**

**Dated: October 21, 2009**

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - YUMA DIVISION

| | |
|---|---|
| In re<br><br>EDWARDO CASTRO,<br><br>    Debtor(s).<br><br>AURORA LOAN SERVICES, LLC,<br><br>    Movant,<br><br>  v.<br><br>EDWARDO CASTRO, Debtor(s);<br>and RUSSELL BROWN, Chapter 13 Trustee,<br><br>    Respondents. | Case No. 0:09-bk-00408-JMM<br><br>Chapter 13<br><br>ORDER MODIFYING THE AUTOMATIC STAY |

The above-captioned matter came on for hearing on October 7, 2009, in the Courtroom of the Honorable Judge James M. Marlar, upon the Motion of Aurora Loan Services, LLC ("Movant"), for relief from the automatic stay of 11 U.S.C. §362, to enforce its interest in the property of Edwardo Castro ("Debtor") commonly known as 4652 West 23rd Street, Yuma, Arizona 85364 (the "Real Property"), which is legally described as follows:

> LOT 547, OF FALLS RANCH UNIT NO 7, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF YUMA COUNTY, ARIZONA, RECORDED IN BOOK 22 OF PLATS, PAGE 89 AND 90;

-1-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Effective November 6, 2009, the automatic stay of 11 United States Code section 362 shall be terminated as it applies to the enforcement by Movant of all of its rights in the real property under its Note and Deed of Trust;

2. Effective November 6, 2009, Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. Upon foreclosure, in the event Debtor fails to vacate the Property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

4. Upon entry of this Order, the Chapter 13 Trustee shall cease making any further payments in regard to Movant's claim filed in this bankruptcy case;

5. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

6. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

7. Counsel for Movant is to serve a copy of this Order immediately upon Debtor, Debtor's counsel, the Trustee, and all other interested parties entitled to Notice of Motion.

DATED this \_\_\_\_\_ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0970-0           User: hallp              Page 1 of 1              Date Rcvd: Oct 22, 2009
Case: 09-00408                 Form ID: pdf004          Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 24, 2009.
```
db            +EDWARDO CASTRO,    3643 W 19TH PLACE,    YUMA, AZ 85364-4906
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

```
          ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2009**                          **Signature:**     *Joseph Speetjens*